JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCG ENERGY, LLC and OCG CREDIT, LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JARVAN SHEN,<br><br>　　　　Defendant. | Case No. 8:22-cv-01568-FWS-DFM<br><br>**JUDGMENT** |

　　　On January 16, 2024, after full consideration of the papers, evidence, and authorities submitted by the parties, and after hearing oral argument on November 9, 2023, the court issued an Order, (Dkt. 104), granting in part and denying in part Defendant Jarvan Shen's Motion for Summary Judgment, (Dkt. 51). The court granted summary judgment as to Plaintiff OCG Credit, LLC's claims for promissory fraud and breach of oral contract and denied summary judgment as to Plaintiff OCG Energy LLC's claims for intentional misrepresentation, negligent misrepresentation, and fraudulent concealment. (*See* Dkt. 104 at 26; Dkt. 120 at 6-10.)

　　　Between February 20, 2024, and February 28, 2024, Plaintiff OCG Energy, LCC's claims for relief were tried before a jury. (*See* Dkts. 136, 139, 140, 144, 150, 152, 153.) On February 28, 2024, the jury returned a verdict in favor of Defendant Jarvan Shen and against Plaintiff OCG Energy, LLC on all claims for relief. (Dkts. 153, 163.) On March 4, 2024, Defendant Jarvan Shen filed a proposed judgment consistent

with the jury's verdict and the court's summary judgment order.  (Dkt. 164.)  On March 14, 2024, Plaintiff OCG Energy, LLC and Plaintiff OCG Credit, LLC filed objections to the proposed judgment.  (Dkt. 165.)  Having considered the proposed judgment and objections, the court **ORDERS** the following:

1. Final judgment is entered in favor of Defendant Jarvan Shen and against Plaintiff OCG Energy, LLC and OCG Credit, LLC.
2. Any motion or application for costs made by Defendant Jarvan Shen must be filed in compliance with L.R. 54-2, *et seq*.
3. The Clerk is hereby directed to enter Judgment forthwith.

**IT IS SO ORDERED**.

Dated:  April 1, 2024

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE